70 F.3d 1254
 Camille Atoria
v.
Rockaway Regional Sewerage Authority, Town of Boonton,
Township of Boonton, Township of Denville, Town of Dover,
Borough of Rockaway, Township of Randolph, Borough of
Wharton, Borough of Victory Gardens, a Municipal Body
Political Body Political of Township of Wharton, City of
Jersey City, Louis Ruisi, Robert W. Busch, Jr., Robert S.
Crothers, Albert Dzadore, Norman Hendrickson, Thomas
Hopkins, John Palovitz, Chester F. Ritzer, Edward Secco, Jr., Herbert
 NO. 94-5769
 United States Court of Appeals,
Third Circuit.
 Oct 24, 1995
 Appeal From: D.N.J., No. 93-cv-00732
 
 1
 AFFIRMED.